**97–1050.   Am. Mun. Power–Ohio, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 96–1211–EL–UNC.   This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.   Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, June 18, 1997*

## MERIT DOCKET

**97–644.   State ex rel. Strong v. Killbuck Valley Mosquito Abatement Sanitary Dist.**
Wayne App. No. 96CA0054.   On amended motion to dismiss.   Amended motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
    COOK, J., dissents.

**97–674.   State ex rel. Sherrell v. Lile.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.
    LUNDBERG STRATTON, J., dissents and would grant the writ.

**97–677.   Binns v. Ghee.**
In Mandamus.   On answer of respondent.   Answer treated as motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–723.   State ex rel. Cox v. Porter.**
In Mandamus.   On motion to dismiss.   Motion to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–731.   State ex rel. Hamilton v. Court of Appeals, Eighth Dist.**
In Mandamus.   *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–776.   State ex rel. Strothers v. Sweeney.**
In Mandamus.   On motion to dismiss and on answer of respondent.   Motion to dismiss sustained. Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and COOK, JJ., concur.
    PFEIFER, J., would grant an alternative writ.
    LUNDBERG STRATTON, J., would grant the writ and order that copying be done "at cost."

**97–865.   Justice v. Cuyahoga Cty. Prosecutor.**
In Prohibition.   On answer of respondent Gregory A. White and on answer of respondent Stephanie Tubbs Jones.   Answers treated as motions to dismiss.   Motions to dismiss sustained.   Cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**97–866.   Cook v. Anderson.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.
    MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.